UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AYANA BROWN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:18CV419HEA |
| | ) |
| ESURANCE PROPERTY & CASUALTY | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion to Remand, [Doc. No. 14]. Defendants conceded the Motion, [Doc. No. 21], in the Memorandum to Clerk Consenting to Remand Of Matter to State Court.

The parties have agreed that the case should be remanded to the Circuit Court for the City of St. Louis, State of Missouri. The Parties have also agreed that each party will bear their own costs.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand, [Doc. No. 14], is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is remanded to the Circuit Court of St. Louis City, Missouri.

Dated this 19th day of October, 2018.

                                          _____
                                            HENRY EDWARD AUTREY
                                       UNITED STATES DISTRICT JUDGE